**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Disciplinary Matter of ) | NO. MC 11-282 ABC |
| ) | |
| Gerald L. Wolfe ) | ORDER OF SUSPENSION |
| ) | |
| California State Bar No. 180599 ) | |

On May 13, 2011, Gerald L. Wolfe, an attorney previously admitted to the bar of this Court, was convicted in this Court of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. *See United States v. Wolfe,* No. SA CR 10-0191 (AG) (C.D. Cal. 2010), Dkt. # 63. Violation of 18 U.S.C. § 1349 is a felony. *See* 18 U.S.C. §§ 1343, 1349, 3559(a).

The local rules of the Central District provide that "[u]pon the filing of a judgment or conviction demonstrating that any attorney admitted to practice before this Court has been convicted in this Court of any serious crime as herein defined," the Court shall enter an order immediately suspending that attorney from the Court's bar. *See* Local Rule 83-3.2.1.

The local rules define a "serious crime" as "any felony and any lesser crime a necessary element of which, as determined by the statutory or common law definition of such crime in the jurisdiction

in which it was entered, involves false swearing, misrepresentation, fraud, deceit, bribery, extortion, misappropriation, theft, or the use of dishonesty, or an attempt, conspiracy, or solicitation of another to commit a 'serious crime.'" *Id.*

Because he has been convicted in this Court of a "serious crime," **IT IS THEREFORE ORDERED** that Gerald L. Wolfe be immediately **SUSPENDED** from the practice of law in this Court pursuant to Rule 83-3.2.1 of the Local Rules for the Central District of California. The suspension shall remain in effect pending final disposition of disciplinary proceedings commenced by the California State Bar as a result of Wolfe's conviction. *See* Local Rule 83-3.2.1; *In the Matter of the Conviction of Gerald Lawrence Wolfe,* State Bar Case No. 10-C-9263. Upon good cause shown, the Chief Judge or his or her designee may set aside this order of suspension when it appears in the interest of justice to do so. *Id.*

An attorney registered to use this Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney has been reinstated to the bar of this Court.

This Order is being served pursuant to Federal Rule of Civil Procedure 5 to the addresses of attorney Wolfe as on file with the State Bar of California and the Court's CM/ECF system as of July 25, 2011.

DATED: July 25, 2011.

*Audrey B. Collins*

_____
CHIEF UNITED STATES DISTRICT JUDGE

2